NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORT PROPERTIES, INC.,**
*Plaintiff-Appellee,*

v.

**AMERICAN MASTER LEASE LLC,**
*Defendant-Appellant.*

---

2009-1242

---

Appeal from the United States District Court for the Central District of California in case no. 07-CV-365, Judge Andrew J. Guilford.

---

**ON MOTION**

---

## ORDER

The appellant moves for a 30-day extension of time, until February 18, 2011, to file its replacement opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 2 9 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Arianna Frankl, Esq.
Anthony G. Graham, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 2 9 2010**

JAN HORBALY
CLERK